AO 243 (Rev. 01/15)                                                     Page 2

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District | Southern District of Florida Miami Division |
|---|---|---|
| **Name** (under which you were convicted): <br> GUILLERMO A. SANCHEZ-BADIA | | **Docket or Case No.:** <br> 15-20545-CR-LENARD-1 |
| **Place of Confinement:** <br> MIAMI FCI 15801 S.W. 137TH AVENUE MIAMI, FL 33177 | | **Prisoner No.:** <br> 31054-016 |
| UNITED STATES OF AMERICA | | Movant (include name under which convicted) |
| | V. | GUILLERMO A. SANCHEZ-BADIA |

### MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION
   400 North Miami Avenue
   Miami, Florida 33128

   (b) Criminal docket or case number (if you know): 15-20545-CR-LENARD-1

2. (a) Date of the judgment of conviction (if you know): 6/9/2016

   (b) Date of sentencing: 6/9/2016

3. Length of sentence: 144 Months

4. Nature of crime (all counts):

   18 U.S.C. j 1349      Conspiracy to Commit Wire Fraud.

   18 U.S.C. j 1343      Wire Fraud.

   18 U.S.C. j 1956(h)      Conspiracy to Commit Money Laundering

   *[Stamp: FILED by ___ D.C. JUN 09 2017 STEVEN M. LARIMORE, CLERK U.S. DIST. CT. S.D. of FLA. – MIAMI]*

   *[Handwritten: cat/div 510/2255/mia  Case # 15-cr-20545  Judge Lenard  Mag White  Motn Ifp _____ Fee pd $ _____  Receipt # _____]*

5. (a) What was your plea? (Check one)

   (1) Not guilty ☐      (2) Guilty ☑      (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☐    Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ☑

8. Did you appeal from the judgment of conviction?    Yes ☐    No ☑

AO 243 (Rev. 01/15)                                                                                                                   Page 3

9.  If you did appeal, answer the following:
    (a) Name of court: _____
    (b) Docket or case number (if you know): _____
    (c) Result:
    (d) Date of result (if you know): _____
    (e) Citation to the case (if you know): _____
    (f) Grounds raised:




    (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☑
        If "Yes," answer the following:
        (1) Docket or case number (if you know): _____
        (2) Result:

        (3) Date of result (if you know): _____
        (4) Citation to the case (if you know): _____
        (5) Grounds raised:




10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐   No ☑

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _____
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____
        (4) Nature of the proceeding:
        (5) Grounds raised:

AO 243 (Rev. 01/15)                                                                                                                Page 4

    (6)  Did you receive a hearing where evidence was given on your motion, petition, or application?
          Yes ☐    No ☐
    (7)  Result: _____
    (8)  Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:
    (1)  Name of court: _____
    (2)  Docket of case number (if you know): _____
    (3)  Date of filing (if you know): _____
    (4)  Nature of the proceeding: _____
    (5)  Grounds raised:




    (6)  Did you receive a hearing where evidence was given on your motion, petition, or application?
          Yes ☐    No ☐
    (7)  Result: _____
    (8)  Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
    (1)  First petition:    Yes ☐    No ☐
    (2)  Second petition:    Yes ☐    No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:



12.  For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

AO 243 (Rev. 01/15) Page 5

**GROUND ONE:** Defendant Received Ineffective Counsel, When He Failed to Present Exculpatory Evidence, Which Would Have Negated Sentencing Factors in Which the Court Relied for Sentencing Purposes

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

1) Mr. Sanchez-Badia received ineffective counsel when his attorney failed to present exculpatory evidence; which effectively negates the factors upon which the district court relied – retribution, deterrence, and incapacitation, and the attributes of Mr. Sanchez and his crimes.

2) Mr. Sanchez-Badia submits that he provided his attorney with exculpatory evidence that would have given the Court "cause" to sentence him to a lesser sentence than that imposed. Unfortunately, defense counsel refused to utilize exculpatory evidence that was readily available to him.

3) Defense Counsel failed to argue that his sentence is excessive which was reinforced by the need to avoid unwarranted sentence disparities and by the need to avoid excessively severe conditions of supervised release.

DISCLOSURE: Mr. Sanchez-Badia asserts that (i) he will file his Memorandum of Points and Authorities in support of this 2255 Motion on or before June 25, 2017; and (ii) reserves the right to file additional issues.

(b) **Direct Appeal of Ground One:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐   No ☐
  (2) If you did not raise this issue in your direct appeal, explain why:

  Defendant's issues involves ineffective assistance of counsel and evidence outside the Court record.

(c) **Post-Conviction Proceedings:**
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐   No ☑
  (2) If you answer to Question (c)(1) is "Yes," state:
  Type of motion or petition:
  Name and location of the court where the motion or petition was filed:

  Docket or case number (if you know):
  Date of the court's decision:
  Result (attach a copy of the court's opinion or order, if available):

  (3) Did you receive a hearing on your motion, petition, or application?
      Yes ☐   No ☐
  (4) Did you appeal from the denial of your motion, petition, or application?
      Yes ☐   No ☐
  (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
      Yes ☐   No ☐

AO 243 (Rev. 01/15)                                                                                                                Page 6

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

**GROUND TWO:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
    Yes ☐    No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

_____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
    Yes ☐    No ☐

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐    No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐    No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND THREE:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

AO 243 (Rev. 01/15) Page 8

**(b) Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ☐

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(b) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐    No ☐

    (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐    No ☐

    (2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

Case 1:17-cv-22171-JAL   Document 1   Entered on FLSD Docket 06/09/2017   Page 9 of 12

AO 243 (Rev. 01/15)                                                                                          Page 10

  (3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐  No ☐

  (4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐  No ☐

  (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
    Yes ☐  No ☐

  (6) If your answer to Question (c)(4) is "Yes," state:

  Name and location of the court where the appeal was filed:

  Docket or case number (if you know):

  Date of the court's decision:

  Result (attach a copy of the court's opinion or order, if available):


  (7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:




13. Is there any ground in this motion that you have **not** previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:




14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging? Yes ☐  No ☐

  If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

AO 243 (Rev. 01/15)                                                                                                    Page 11

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

   (a) At the preliminary hearing:

   (b) At the arraignment and plea:

   (c) At the trial:

   (d) At sentencing:
   JOEL HIRSCHHORN, 333 S.E. 2nd Ave, Suite 3200, Miami, FL 33131

   (e) On appeal:

   (f) In any post-conviction proceeding:

   (g) On appeal from any ruling against you in a post-conviction proceeding:


16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?        Yes [✓]        No [ ]

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?        Yes [ ]        No [✓]

   (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

   (b) Give the date the other sentence was imposed:
   (c) Give the length of the other sentence:
   (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?        Yes [ ]        No [ ]

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –
  (1) the date on which the judgment of conviction became final;
  (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
  (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
  (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 01/15)                                                                                               Page 13

Therefore, movant asks that the Court grant the following relief:

Vacate Defendant's Sentence and Re-Sentence Him to a Lesser Sentence, Base Upon the Facts and Exculpatory Evidence; Which Defendant's Previous Attorney Failed to Present at Defendant's Original Sentencing Hearing

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____.
(month, date, year)

Executed (signed) on                                  (date) 06-09-17

_____
Signature of Movant

**If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.**

I am the Movant's wife and I'm signing my husbands name because of the following:

1) My husband's Original 2255 Motion was prepared and then mailed to my husband via United States Postal Service, using Priority Express Mail (tracking number:  EL 203266609 US).

2. My husband's 2255 Motion was delivered to his prison mail room on Wednesday, June 07, 2017, at 11:10 AM. Unfortunately, the Unit Staff at the prison informed my husband that the prison mail room could not find the 2255 they received ,via Priority Express Mail, with a valid tracking number; which showed "proof of deliver." Consequently, it appears that the prison mail room lost my husband's 2255 Motion; thus, preventing him from timely filing this Motion.

3. My husband's deadline in which he must file his 2255 Motion is June 09, 2017. Unless his 2255 Motion is timely filed, he will be procedurally barred from being able to present his constituional issues via 28 U.S.C. 2255.

4. Based on the fact that the prison mail room lost my husband's 2255 Motion, which was prepared and ready for filing, I am siging this 2255 Motion in order to protect my husbands rights to timely file his 2255 Motion in this Honorable Court.